1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TARA I. ALLEN Bar #235549
   Staff Attorney
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorneys for Defendant
   RONALD EDMOND

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                   FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,          )  NO. Mag. 07-257-DAD
                                       )
14                   Plaintiff,        )
                                       )  STIPULATION AND ORDER TO VACATE
15        v.                           )  COURT TRIAL AND SET FOR MOTION TO
                                       )  SUPPRESS HEARING AND BRIEFING
16  RONALD EDMOND,                     )  SCHEDULE
                                       )
17                   Defendant.        )
                                       )  Judge: Hon. Dale A. Drozd
18  _____   )

19

20       The United States of America, through MATTHEW C. STEGMAN, Assistant

21  United States Attorney, together with defendant, RONALD EDMOND, by and

22  through his counsel LEXI NEGIN of the Federal Defenders Office, hereby

23  stipulate to vacate the court trial set for October 3, 2007 at 9:00 a.m.

24  and set this case for a motion to suppress hearing on October 30, 2007 at

25  10:00 a.m.

26  /////

27  /////

28  /////

                                       1

1    The following will be the briefing schedule to file motions:

2    Defendants' Motion Due . . . . . . . . . . . . . . . October 3, 2007

3    Governments' response due . . . . . . . . . . . . October 17, 2007

4    Defendants' Reply due . . . . . . . . . . . . . . October 24, 2007

5    Motion to Suppress Hearing . . . . . . . . . . . October 30, 2007

6    The court trial will be set by the court following the motion to

7    suppress hearing if necessary.

8    Dated: September 26, 2007       Respectfully submitted,

9                                    DANIEL J. BRODERICK
                                     Federal Defender
10

11                                   /s/  Lexi Negin
                                     _____
12                                   LEXI NEGIN
                                     Assistant Federal Defender
13                                   Attorneys for Defendant
                                     RONALD EDMOND
14

15
     Dated:  September 26, 2007      MCGREGOR W. SCOTT
16                                   United States Attorney

17                                   /s/ Matthew Stegman

18                                   _____
                                     MATTHEW STEGMAN
                                     Assistant U.S. Attorney
19

20
                              O R D E R
21

22   IT IS SO ORDERED.

23   DATED: September 26, 2007.

24
                              _____
25                            DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE
26

27

28
     Ddad1/orders.criminal/edmond0257.stipord

                              2