1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   TARA I. ALLEN Bar #235549
    Staff Attorney
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5

6   Attorneys for Defendant
    RONALD EDMOND

7

8

9                      IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,        )  NO. Mag. 07-257-DAD
                                     )
14                     Plaintiff,    )
                                     )  STIPULATION AND ORDER TO CONTINUE
15        v.                         )  MOTION TO SUPPRESS HEARING AND
                                     )  BRIEFING SCHEDULE
16  RONALD EDMOND                    )
                                     )
17                     Defendant.    )  Judge: Hon. Dale A. Drozd
                                     )
18  _____ )

19

20        The United States of America, through MATTHEW C. STEGMAN, Assistant

21  United States Attorney, together with defendant, RONALD EDMOND, by and

22  through his counsel LEXI NEGIN of the Federal Defenders Office, hereby

23  stipulate to continue the motion to suppress hearing from October 30,

24  2007 to November 6, 2007 and to continue the briefing schedule as

25  follows:

26        Defendants' Motion Due . . . . . . . . . . . . . . .  October 10, 2007

27        Governments' response due . . . . . . . . . . . . .  October 24, 2007

28        Defendants' Reply due . . . . . . . . . . . . . . .  October 31, 2007

1    Motion to Suppress Hearing . . . . . . . . . . . .   November 6, 2007

2       The reason for this continuance is discovery provided by the

3    government affecting the motion on the original date the motion was due.

4    The court trial will be set by the court following the motion to suppress

5    hearing.

6       Dated: October 3, 2007          Respectfully submitted,

7                                       DANIEL J. BRODERICK
                                        Federal Defender
8

9                                       /s/  Lexi Negin

10                                      _____
                                        LEXI NEGIN
                                        Assistant Federal Defender
11                                      Attorneys for Defendant
                                        RONALD EDMOND
12

13
        Dated:  October 3, 2007         MCGREGOR W. SCOTT
14                                      United States Attorney

15                                      /s/ Matthew Stegman

16                                      _____
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney
17

18                            **O R D E R**

19   IT IS SO ORDERED.

20   DATED: October 4, 2007.

21

22                                      _____
                                        DALE A. DROZD
23                                      UNITED STATES MAGISTRATE JUDGE

24

25

26    Ddad1/orders.criminal/edmond0257.stipord(2)

27

28